UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRISCILLA SNYDER,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED AIRLINES, INC.,<br><br>　　　　　Defendants. | Case No. 23-cv-02473-SI  (SI)<br><br>**PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: 11/17/2023 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 2/16/2024.

DESIGNATION OF EXPERTS: 3/1/2024; REBUTTAL: 5/10/2024;
　　Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 5/20/2024.

DISPOSITIVE MOTIONS **SHALL** be filed by; 5/24/2024;
　　Opp. Due: 6/7/2024; Reply Due: 6/14/2024;
　　and set for hearing no later than 6/28/2024 at 10:00 AM.

PRETRIAL PAPERWORK DUE: 7/16/2024
PRETRIAL CONFERENCE DATE: 7/30/2024 at 1:30 PM.

JURY TRIAL DATE: 8/12/2024 at 8:30 AM.
　　Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 6 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

    **IT IS SO ORDERED**.

Dated: August 28, 2023

_____
SUSAN ILLSTON
United States District Judge